IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:09-CV-29-RLV-DCK

| | |
|---|---|
| MATT JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ENCORE RECEIVABLE ) | |
| MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) filed February 4, 2010 for admission of Rachel B. Ommerman as counsel *pro hac vice* on behalf of Defendant Encore Receivable Management, Inc.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Ommerman shall be admitted to appear before this court pro hac vice on behalf of Defendant Encore Receivable Management, Inc. It appears that Ms. Ommerman has associated Amy L. Rich of Doughton & Hart PLLC as local counsel.

Signed: February 4, 2010

David C. Keesler
United States Magistrate Judge